[No. 29397-4-I. Division One. December 30, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD J. FULLER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-1-01401-5, Daniel T. Kershner, J., entered

October 17, 1991. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Pekelis and Forrest, JJ.